*Receipt # 8421*
*# 2.87*
*10/11/11*

# RAJA N. SEKHARAN, ESQ.
*Chapter 7 Bankruptcy Trustee*
2540 Brighton-Henrietta Townline Road
Rochester, New York 14623

Telephone: (585) 272-7007
Fax: (585) 272-7011

Elizabeth A. Stromquist
*Paralegal*

October 7, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1400 United States Courthosue
100 State Street
Rochester, New York 14614

Re: **Rene Coss Bankruptcy**
**Case #2-10-22343-JCN**

Request to Deposit Unclaimed Funds into the United States Treasury


FILED OCT 11 2011 BANKRUPTCY COURT ROCHESTER, NY

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.87. I request that the Clerk of the Court deposit said funds, in the name of Creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

XXX The funds represent dividend payment(s) of less than $5.00 to the affected Creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant: University of Rochester    Amount $37.65    Claims Register #2

Claimant: _____    Amount $_____    Claims Register #_____

Raja N. Sekharan
Chapter 7 Trustee